DELBERT RUSSELL, Respondent, *v.* LEHIGH VALLEY RAIL-
ROAD COMPANY, Appellant.

(Submitted May 11, 1931; decided May 19, 1931.)

*Merwin W. Lay* for motion.
*Howard Cobb* opposed.

Motion denied, with ten dollars costs.

EAST BROOKLYN SAVINGS BANK, Appellant, *v.* CHARLES
LEIBNER et al., Respondents, Impleaded with Another.

(Submitted May 11, 1931; decided May 19, 1931.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 256 N. Y.
596.)

In the Matter of AGNES V. BIRMINGHAM, Appellant,
against FRANK P. GRAVES, State Commissioner of
Education, Respondent.

(Submitted May 11, 1931; decided May 19, 1931.)

Motion to amend remittitur denied, with ten dollars
costs and necessary printing disbursements. (See 255
N. Y. 623.)